

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-014-CV

GLORIA AGUERO                                                        APPELLANT

V.

U.S. BANK NATIONAL                                                    APPELLEE
ASSOCIATION, AS TRUSTEE
FOR CERTIFICATE HOLDERS
OF BEAR STEARNS ASSET
BACKED SECURITIES I LLC,
ASSET BACKED CERTIFICATES,
SERIES 2007-AC1

----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On August 30, 2010, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless

---

[1]*See* Tex. R. App. P. 47.4.

appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal.   *See* Tex. R. App. P. 42.3.   We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM


PANEL:   GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:   September 16, 2010